EAG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WHITLEY KLINGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 1609 |
| ) | |
| CITY OF CHICAGO, MAYASOL LLC, d/b/a ) | |
| MCDONALD'S, CHICAGO POLICE ) | |
| OFFICER MAAS (Star # 5237), DETECTIVE ) | |
| JOHN E. CALLAGHAN (Star # 20933), ) | |
| and SEAN O'DUBLAN (Star #1913) ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER

This matter coming to be heard on Plaintiff's Motion for Leave to File An Amended Complaint and Plaintiff's Motion for Sanctions, it is hereby ordered:

1. Defendant City of Chicago is ordered to reimburse Plaintiff attorneys fees of $1,800; and
2. Plaintiff is ordered to serve the new Defendants within twenty-one days;

DATED: July 11, 2016

_____
Honorable Thomas Durkin
Federal Judge for the Northern District of Illinois

Prepared By:
Kellie Walters
Walters O'Brien Law Offices
800 W. Huron St., Ste. 4E
Chicago, IL 60642
(312) 428-5890
Kwalters@waltersobrienlaw.com